UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARITY STEARNS,

    Plaintiff,

v.                                                                     CASE NO. 8:15-cv-2386-T-23TGW

COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

## **ORDER**

Charity Stearns, who prevailed in this Social Security appeal, moves (Doc. 26)

unopposed for an attorney's fee under the Equal Access to Justice Act, and

Magistrate Judge Wilson recommends (Doc. 28) granting the motion and awarding

an attorney's fee of $2,461.  No objection appears.  The report and recommendation

(Doc. 28) is **ADOPTED**, and the motion (Doc. 26) for an attorney's fee is

**GRANTED**.  Unless Stearns owes money to the United States, the United States

must pay the plaintiff's attorney $2,461.  If Stearns owes a debt to the United States,

the United States must reduce the attorney's fee by the amount of the debt.

ORDERED in Tampa, Florida, on May 25, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE